# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Jane Roe, as parent and natural guardian of Judy Roe, James Roe, and Joyce Roe, Minor Children Under the Age of Eighteen, (18), Petitioners,

v.

Daniel Bibby Sr. and Michelle Bibby, Defendants,

of Whom Michelle Bibby is the Respondent.

Appellate Case No. 2014-002500

---

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court Judge

---

Opinion No. 27652
Heard November 5, 2015 – Filed August 10, 2016

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Eric M. Poulin, of Anastopoulo Law Firm, LLC, of Charleston, for Petitioners.

Eugene P. Corrigan, III and J.W. Nelson Chandler, both of Corrigan & Chandler, LLC, of Charleston, for Respondent.

**PER CURIAM:**  We granted certiorari to review the court of appeals' decision in *Roe v. Bibby*, 410 S.C. 287, 763 S.E.2d 645 (Ct. App. 2014).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**